14

Per Curiam.

(No. 74-CC-749—

Norman Staff, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed July 10, 1974.*

Norman Staff, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-750—

Henry Vanderheide, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed July 10, 1974.*

Henry Vanderheide, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.